# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Action No. 10-cv-01517-LTB-BNB

ABDELRAOUF ABDELMEDGED,

    Plaintiff,

v.

NCL PRIAD OF AMERICA,

    Defendant.

_____

## ORDER
_____

This case is before me on the recommendation of the Magistrate Judge issued and served on June 13, 2011 (Doc 20).  Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review.  Accordingly, it is

ORDERED that the recommendation is accepted and Defendant's Motion to dismiss is GRANTED and this action is DISMISSED for lack of personal jurisdiction.

                              BY THE COURT:

                                s/Lewis T. Babcock
                              Lewis T. Babcock, Judge

DATED:   June 29, 2011